## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| PATRICIAL BEDNARCHIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-3064 |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This Court ordered Plaintiff Patricia Bednarchik to file by January 31, 2021 a Motion for Summary Judgment as required by Local Rule 8.1(E). Text Order entered 12/30/2020 (Text Order).  On January 14, 2021, Plaintiff Bednarchik filed a copy of the three documents that this Court sent to her: the Text Order, this Court's Order Concerning Consent to Magistrate Judge (d/e 12), and a copy of Local Rule 8.1(E).  Plaintiff's Filing of January 14, 2021 (d/e 14) (Plaintiff's Filing).  Bednarchik also included two documents from the Social Security Administration:  a Notice of Change in Benefits dated February 24, 2015, and the first page of a two-page document identified at the top as "Benefit & Payment Details, my Social Security" apparently printed off the Social Security website.  Each of these

five documents has handwritten notations, primarily check marks, circles, and asterisks.  See Plaintiff's Filing.

Plaintiff's Filing does not comply with the order in the Text Order to file a Motion for Summary Judgment.  Plaintiff must file a Motion for Summary Judgment.  In the context of this case, a Motion for Summary Judgment is a written argument signed by Plaintiff Bednarchik in which she explains why the Decision of the Administrative Law Judge dated November 15, 2018 (Decision) should be reversed.  The Defendant Commissioner of Social Security has filed a certified record of the proceedings in her case before the Social Security Administration (d/e 11) (Record).  The Decision is on pages 11-14 of the Record.  Plaintiff must base her arguments in her Motion for Summary Judgment on the evidence in the Record (with citations to the specific pages in the Record where the evidence appears) and the relevant laws, regulations, administrative rulings, and regulatory guides.

The fact that Plaintiff Patricia Bednarchik filed Plaintiff's Filing demonstrates that she wants to proceed with this case.  The Court, therefore, will give Plaintiff Bednarchik additional time to prepare and file a Motion for Summary Judgment.

THEREFORE, this Court hereby amends the Text Order entered December 30, 2020, and gives Plaintiff Patricia Bednarchik an extension of time until February 15, 2021 to file a Motion for Summary Judgment.  If Plaintiff Bednarchik does not file a Motion for Summary Judgment by February 15, 2021, this matter will be subject to dismissal for want of prosecution.

ENTER:   January 15, 2021

                                 *s/ Tom Schanzle-Haskins*
                               TOM SCHANZLE-HASKINS
                              UNITED STATES MAGISTRATE JUDGE