# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| PATRICIA L. BEDNARCHIK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-3064 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This Court directed the Defendant Commissioner to file a supplemental filing regarding this Court's jurisdiction. Opinion entered February 11, 2021 (d/e 17). The Commissioner has now responded and demonstrated that this Court has jurisdiction. Commissioner's Response to Court Order and Motion for Remand (d/e 21) (Motion).

The Commissioner has also moved to reverse and remand this case for further proceedings to reevaluate whether Petitioner Patricia Bednarchik qualifies for waiver of recovery under the Social Security Act (Act) and relevant regulations, 42 U.S.C. § 404(b) and 20 C.F.R. §§ 404.507-09. Motion, at 3-4.

Bednarchik has not objected to the Commissioner's request to remand the proceedings. She has only asked for clarification. See Motion for Clarification (d/e 22).¹ The Court clarifies for Bednarchik that the Court recommends that the Commissioner's Motion should be granted. As a result, the decision of the Commissioner should be reversed, and the case be remanded for further proceedings to reevaluate whether she qualifies for a waiver of her repayment obligations.

Consistent with the Motion, this Court further recommends upon remand that the Administrative Law Judge shall, as necessary, determine the amount of Bednarchik's overpayment; and reconsider whether Bednarchik was without fault in incurring the overpayment, consistent with the requirements of the Act and regulations. Should the Administrative Law Judge determine that Bednarchik was without fault, she shall further determine whether recovery of Bednarchik's overpayment would defeat the purpose of the Act, and whether recovery of the overpayment would be against equity and good conscience. The Administrative Law Judge shall update the record as warranted, offer Bednarchik the opportunity for a hearing, and issue a new decision.

---

¹The Court will grant the Motion for Clarification by separate Text Order.

THEREFORE, THIS COURT RECOMMENDS that the Commissioner's Response to Court Order and Motion for Remand (d/e 21) should be ALLOWED.  The decision of the Commissioner should be REVERSED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four.  This Court further recommends that upon remand, the Administrative Law Judge shall conduct further proceedings consistent with this Report and Recommendation.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after service of a copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  Failure to file a timely objection will constitute a waiver of objections on appeal.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

ENTER:   May 5, 2021

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE