E-FILED
Thursday, 27 May, 2021  09:38:16 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **PATRICIA L. BEDNARCHIK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 20-cv-3064** |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 23).  Magistrate Judge Schanzle-Haskins recommends that this Court:  (1) grant the Commissioner's motion for remand (d/e 21); (2) reverse the decision of the Commissioner and remand this matter pursuant to 42 U.S.C. § 405(g) sentence four for further proceedings to reevaluate whether Plaintiff qualifies for a waiver of her repayment obligations; and (3) direct that upon remand the Administrative Law Judge shall conduct further proceedings consistent with the Report and Recommendation.

Objections to the Report and Recommendation were due on or before May 19, 2021. Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, the parties' motions and memoranda, and the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins's Report and Recommendation.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 23) is ACCEPTED and ADOPTED.**

**(2)   Defendant's motion for remand (d/e 21) is GRANTED.**

**(3)   The decision of the Commissioner is REVERSED. This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).**

**(4)   Upon remand, the Administrative Law Judge shall conduct further proceedings consistent with the Report and Recommendation (d/e 23) of Magistrate Judge Tom Schanzle-Haskins.**

**(5)   THIS CASE IS CLOSED.**

ENTER:  May 21, 2021

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE